IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GABRIEL R. RAMIREZ, | § § § | |
| *Plaintiff,* | § § | SA-22-CV-00142-ESC |
| vs. | § § § | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; | § § § § | |
| *Defendant.* | § § | |

# ORDER

Before the Court in the above-styled cause of action is Defendant's Unopposed Motion to Reverse and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [#16]. By his motion, the Commissioner asks the Court to reverse the administrative decision finding Plaintiff not disabled and remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner requests further consideration of whether Plaintiff was unable to engage in any substantial gainful activity for a period lasting or expecting to last a duration of 12 months. Plaintiff does not oppose the motion.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Reverse and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [#16] is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner finding Plaintiff not disabled is **REVERSED** and this case is **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS FINALLY ORDERED** that upon remand, the Social Security Administration's Appeals Council will instruct an Administrative Law Judge to offer Plaintiff the opportunity for

a hearing, to further evaluate the medical opinions and prior administrative medical findings, to reassess the residual functional capacity, and to issue a new decision.

SIGNED this 11th day of July, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE